**Jamie KIRKPATRICK, individually, and as the Natural Father and Legal Guardian of B.W., a minor, Plaintiff–Appellant,**

v.

**COUNTY OF WASHOE; Amy Reynolds, WCDSS Social Worker; Ellen Wilcox, WCDSS Social Worker; Linda Kennedy, WCDSS Social Worker, Defendants–Appellees.**

No. 12–15080.

United States Court of Appeals, Ninth Circuit.

Feb. 17, 2016.

William Roland Kendall, Jr., Esquire, Law Offices of William R. Kendall, Jeffrey Friedman, I, Esquire, Jeffrey Friedman Attorney at Law, Reno, NV, David John Beauvais, Oakland, CA, for Plaintiff–Appellant.

Brian M. Brown, Herbert Kaplan, Deputy District, Kevin A. Pick, Esquire, Thorndal Armstrong Delk Balkenbush & Eisinger A Professional Corporation Law Offices, Reno, NV, for Defendants–Appellees.

D.C. No. 3:09–cv–00600–ECR–VPC.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed-

eral Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.